No. 72–6738. PARROTT *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. MR. JUSTICE

Douglas would grant certiorari.